In the Matter of the Application by the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquir-

ing for the Construction, Operation and Maintenance of a Municipal Rapid Transit Railroad, Certain Real Property, and Rights and Easements, in, through, under, on and over Certain Real Property Situated on Pitkin Avenue, etc., in the Borough of Brooklyn, City of New York, Route No. 110, Section 10. M. & R. HOLDING Co., INC., Appellant; CITY OF NEW YORK and RONSAL, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.